IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV206

| | |
|---|---|
| WALTER E. BARRINGER, )<br>               Plaintiff, )<br>    v. )<br>                          )<br>AAA COOPER TRANSPORTATION, )<br>               Defendant. )<br>                         ) | **ORDER GRANTING**<br>**ADMISSION PRO HAC VICE** |

**THIS MATTER** is before the Court upon the motion of defendant AAA Cooper Transportation to allow **Joseph B. Harvey** to appear *Pro Hac Vice*, dated October 12, 2006 [doc. #10].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Harvey has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: October 13, 2006

Graham C. Mullen
United States District Judge